ORIGINAL

FILED
AUG 24 2007
U.S. COURT OF FEDERAL CLAIMS

UNITED STATES COURT OF FEDERAL CLAIMS

| | |
|---|---|
| NAS/CORP-TELMAH, Inc., a New Mexico corporation<br><br>Plaintiff,<br><br>v.<br><br>UNITED STATES,<br><br>Defendant. | USCFC CASE NO. 07-632 C<br><br>CORPORATE DISCLOSURE STATEMENT<br><br>**( BID PROTEST)** |

NAS/CORP-TELMAH, Inc. has no parent corporation nor does any other corporation own 10% or more NAS/CORP-TELMAH, Inc.'s stock.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Dated: August 23, 2007

Respectfully submitted,

William L. Bruckner
BRUCKNER & WALKER
4550 Kearny Villa Road, Suite 209
San Diego, CA 92123
(858) 565-8300 Telephone
(858) 565-0813 Facsimile
bill@brucknerwalker.com

Attorneys for NAS/CORP-TELMAH, Inc.