IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| NAS/CORP-TELMAH, INC., | ) | |
| | ) | |
| Plaintiff, | ) | No. 07-632C |
| | ) | (Judge Robert H. Hodges, Jr.) |
| v. | ) | |
| | ) | |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

To the Clerk:

NOTICE OF APPEARANCE

Please enter the appearance of Matthew H. Solomson as attorney of record for the United States. Service of all papers by opposing parties should be addressed as follows:

Matthew H. Solomson
Trial Attorney
Commercial Litigation Branch
Civil Division
United States Department of Justice
Washington, D.C. 20530
Phone: (202)305-3274
Fax: (202)514-8624
E-mail:Matthew.Solomson@usdoj.gov

Attention: Classification Unit, 8th Floor
1100 L Street, NW

Dated: August 27, 2007

s/ Matthew H. Solomson
MATTHEW H. SOLOMSON
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Tel: 202.305.3274
Fax: 202.514.8624
Matthew. Solomson@usdoj.gov

CERTIFICATE OF FILING

I hereby certify that on this 27th day of August 2007, a copy of the foregoing NOTICE OF APPEARANCE was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/ Matthew H. Solomson
MATTHEW H. SOLOMSON