IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| NAS/CORP-TELMAH, INC., | ) | |
| | ) | |
| Plaintiff, | ) | No. 07-632C |
| | ) | (Judge Robert H. Hodges, Jr.) |
| v. | ) | |
| | ) | |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

UNOPPOSED MOTION TO STAY CASE

Pursuant to Rule 7 and Appendix C of the Rules of this Court, the United States respectfully requests that the Court issue an order staying the above-captioned case in order to allow the parties time to reach a settlement. Plaintiff does not oppose this motion.

We note that although the contract awardee already has delivered to the Government the ultrasonic surgical aspirator at issue – and thus the protested procurement is substantially complete – counsel nonetheless has instructed the contracting officer not to permit the item to be used until further notice and to notify counsel if a medical emergency necessitates the item's use.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

JEANNE E. DAVIDSON
Director

s/ Bryant G. Snee
BRYANT G. SNEE
Deputy Director

s/ Matthew H. Solomson
MATTHEW H. SOLOMSON
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit, 8th Floor
1100 L Street, N.W.
Washington, D.C. 20005
Tel: 202.305.3274
Fax: 202.514.8624
Matthew.Solomson@usdoj.gov

Dated: August 28, 2007

CERTIFICATE OF FILING

I hereby certify that, on this 28th day of August 2007, a copy of the foregoing UNOPPOSED MOTION TO STAY CASE was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/ Matthew H. Solomson
MATTHEW H. SOLOMSON