# In the United States Court of Federal Claims

* * * * * * *

NAS/CORP-TELMAH, INC., *

Plaintiff, * No. 07-632C

v. * Filed: August 28, 2007

UNITED STATES OF AMERICA, *

Defendant. *

* * * * * * *

**ORDER**

Defendant's unopposed motion to stay this case in order to allow the parties time to reach settlement is GRANTED.

s/ Robert H. Hodges, Jr.
Robert H. Hodges, Jr.
Judge