# In the United States Court of Federal Claims

```
*   *   *   *   *   *   *

NAS/CORP-TELMAH, INC.,            *

        Plaintiff,                *       No. 07-632C

    v.                            *       Filed: January 10, 2008

UNITED STATES OF AMERICA,         *

        Defendant.                *

*   *   *   *   *   *   *
```

**ORDER**

At the parties' request, the Court stayed this case for settlement negotiations on August 28. We ask counsel to advise the Court of the progress of these negotiations no later than January 18.

SO ORDERED.

                                             s/ Robert H. Hodges, Jr.
                                             Robert H. Hodges, Jr.
                                             Judge