IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| NAS/CORP-TELMAH, INC., | ) | |
| | ) | |
| Plaintiff, | ) | No. 07-632C |
| | ) | (Judge Robert H. Hodges, Jr.) |
| v. | ) | |
| | ) | |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE

Pursuant to the parties' settlement agreement and RCFC 41(a)(1), the parties stipulate and agree to dismiss this action with prejudice, with each party to bear its own costs, attorney fees, and expenses.

Respectfully submitted,

JEFFREY S. BUCHOLTZ
Assistant Attorney General

JEANNE E. DAVIDSON
Director

s/ William L. Bruckner
WILLIAM L. BRUCKNER
Bruckner & Walker
4550 Kearny Villa Road, Suite 209
San Diego, CA 92123
(858) 565-8300

Counsel for Plaintiffs

s/ Bryant G. Snee
BRYANT G. SNEE
Deputy Director

s/ Matthew H. Solomson
MATTHEW H. SOLOMSON
Trial Attorney
Commercial Litigation Branch
Civil Division
U.S. Department of Justice
Attn: Classification Unit, 8th Floor
1100 L Street, N.W.
Washington, D.C. 20005
(202) 305-3274

Counsel for Defendant

Dated: January 15, 2008